UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHER O. WALLI, individually, and on behalf of
all others similarly situated

    Plaintiff,

  vs.                                        Case No. 8:19-cv-1948-T-23AEP

HOMEJAB, LLC and JOSEPH JESUELE,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

      Plaintiff, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                Respectfully submitted,

                                                Shawn A. Heller, Esq.
                                                Florida Bar No. 46346
                                                shawn@sjlawcollective.com
                                                Joshua A. Glickman, Esq.
                                                Florida Bar No. 43994
                                                josh@sjlawcollective.com

                                                Social Justice Law Collective, PL
                                                974 Howard Avenue
                                                Dunedin FL 34698
                                                Tel: (202) 709-5744

        Peter Bennett
        Florida Bar No. 68219
        peterbennettlaw@gmail.com
        Richard Bennett
        Florida Bar No.150627
        richardbennett27@gmail.com

        Bennett & Bennett
        1200 Anastasia Ave., Ofc #360
        Coral Gables, Florida 33134
        Tel: (305) 444-5925

        By: *s/ Shawn A. Heller*
            Shawn A. Heller
            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 5th day of December, 2019, which will send a notice of electronic filing to all attorneys of record.

        By: *s/ Shawn A. Heller*
            Shawn A. Heller