UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHER O. WALLI,

    Plaintiff,

v.        CASE NO. 8:19-cv-1948-T-23AEP

HOMEJAB, LLC and
JOSEPH JESUELE,

    Defendants.
_____/

**ORDER**

    The plaintiff announces (Doc. 26) a settlement of this action.  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause.  The clerk is directed to terminate the pending motions and to close the case.

    ORDERED in Tampa, Florida, on December 6, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE