## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ASHER O. WALLI, individually, and on behalf of
all others similarly situated

    Plaintiff,

     vs.                                        Case No. 8:19-cv-1948-T-23AEP

HOMEJAB, LLC and JOSEPH JESUELE,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Asher O. Walli, by and through his undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal with Prejudice, pursuant to which Plaintiff respectfully requests that all of Plaintiff's claims in this matter be dismissed with prejudice with each side, by agreement of the Parties, bearing their own respective attorneys' fees and expenses. Furthermore, in accordance with the Court's December 6, 2019, Order (Doc. 27), the Parties request that the Court enter the Proposed Order of Dismissal attached hereto.

                                                        Respectfully submitted,

                                                        Shawn A. Heller, Esq.
                                                        Florida Bar No. 46346
                                                        shawn@sjlawcollective.com
                                                        Joshua A. Glickman, Esq.
                                                        Florida Bar No. 43994
                                                        josh@sjlawcollective.com
                                                        Social Justice Law Collective, PL
                                                        974 Howard Avenue
                                                        Dunedin FL 34698
                                                        Tel: (202) 709-5744

        Peter Bennett
        Florida Bar No. 68219
        peterbennettlaw@gmail.com
        Richard Bennett
        Florida Bar No.150627
        richardbennett27@gmail.com
        Bennett & Bennett
        1200 Anastasia Ave., Ofc #360
        Coral Gables, Florida 33134
        Tel: (305) 444-5925

By: *s/ Shawn A. Heller*
      Shawn A. Heller

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 9th day of January 2020, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Shawn A. Heller*
      Shawn A. Heller, Esq.