UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHER O. WALLI,

    Plaintiff,

v.                                          CASE NO. 8:19-cv-1948-T-23AEP

HOMEJAB, LLC, et al.,

    Defendants.
_____/

## **ORDER**

In accord the plaintiff's stipulation (Doc. 28), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on January 14, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE